UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL WHITE, | ) | CASE NO. WD CV 09-5647-GW (PJW) |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| K. MARTIN, et al., | ) | |
| Defendants. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: August 24, 2010.

_/s/ George H. Wu_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA09CV05647-GW(PJW).judgment.wpd